UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.: Case 6:23-cv-100105-AHS

ALAN WEBER,
An Individual,

    Plaintiff,

v.

BONIFACE-HIERS CHRYSLER DODGE INC.,
d/b/a BONIFACE-HIERS CHRYSLER DODGE JEEP,
A Florida Corporation,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.4, Local Rules for the United States District Court for the Southern District of Florida, Plaintiff, ALAN WEBER, and Defendant, BONIFACE-HIERS CHRYSLER DODGE, INC., d/b/a BONIFACE-HIERS CHRYSLER DODGE JEEP, by and through their respective counsel, hereby jointly provide notice to this honorable Court that the parties have reached an agreement to compromise and resolve the above-styled civil action, and that a joint stipulation of dismissal with prejudice will be filed hereafter.

    Respectfully submitted,

| | |
|---|---|
| */s/ Joshua Feygin* | */s/* _____ |
| **Joshua Feygin** | **Kurkin Forehand Brandes, LLP** |
| Florida Bar No. 124685 | **William Carlos Diaz-Rousselot,** |
| **JOSHUA FEYGIN, PLLC** | **Esq.** |

| | |
|---|---|
| 1930 Harrison Street | FL Bar No.: 300070 |
| Suite 208F | 18851 NE 29th Ave |
| Hollywood, Florida 33020 | Ste 303 |
| Phone:  (954) 228-5674 | Miami, Florida 33180 |
| Fax:     (954) 697-0357 | Phone: (305) 929-8509 |
| Email:  Josh@JFeyginesq.com | Email: wdiazr@kfb-law.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 13, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Southern District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record.

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685